

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DANIEL MARIN,

        Defendant.



Case: 1:21-cr-20406
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 06-16-2021
INDI USA v. Daniel Marin (tt)

**INDICTMENT**

FILED
JUN 16 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**(21 U.S.C. §§ 846 and 841(a)(1))**
**Conspiracy to Possess with Intent to Distribute and to**
**Distribute Cocaine**

From a date unknown to the Grand Jury, but since at least August of 2020, to on or about September 3, 2020, in the Eastern District of Michigan, Northern Division, Daniel Marin knowingly conspired and agreed together and with other persons, both known and unknown to the grand jury, to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1). The conspiracy as a whole involved 5 kilograms or

1

more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, all of which is attributable to Daniel Marin as a result of his own individual conduct, and the conduct of other conspirators reasonably foreseeable to each of them.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

**Sentence Enhancement**
**(21 U.S.C. §§ 841(b)(1)(A)(ii)(II))**

Before Daniel Marin committed the offense charged in this count, Daniel Marin had two final convictions for serious drug felonies, namely, a conviction under 21 U.S.C. §§ 846 and 841(a)(1), conspiracy to distribute a controlled substance, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense and a conviction under Michigan Compiled Laws 333.7401(2)(D)(1), delivery of a controlled substance, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

**Forfeiture Allegations**
**(21 U.S.C. § 853)**

The allegations contained in Count One of this Indictment are hereby re-

alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of the offense charged in Count One of this Indictment, Daniel Marin shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation and or any property used or intended to be used, in any manner or part to commit or to facilitate the commission of, such offense.

**THIS IS A TRUE BILL.**

Dated: June 16, 2021                                    s/GRAND JURY FOREPERSON

SAIMA MOHSIN
Acting United States Attorney


s/JULES M. DePORRE                          s/TIMOTHY TURKELSON
JULES M. DePORRE                             TIMOTHY TURKELSON
Assistant United States Attorney         Assistant United States Attorney
MI State Bar P-73999                          MI State Bar P-53748
600 Church Street                              600 Church Street
Flint, Michigan 48502-1280                Flint, MI 48502-1280


s/ANTHOY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

| Companion Case information MUST be completed by AUSA | | Case: 1:21-cr-20406 |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | **Criminal Case C**over | Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 06-16-2021<br>INDI USA v. Daniel Marin (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co...

### Companion Case Information

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☑ No | AUSA's Initials: JMD/TT |

FILED
JUN 16 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

**Case Title:** USA v. DANIEL MARIN

**County where offense occurred:** SAGINAW

**Check One:**   ☑ Felony       ☐ Misdemeanor       ☐ Petty

```
____Indictment/____Information --- no prior complaint.
  X Indictment/____Information --- based upon prior complaint [Case number: 20-MJ-30356    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

### Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 16, 2021
_____
Date

s/JULES M. DePORRE
_____
Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013